# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § § § | |
| Plaintiff, | | |
| vs. | § § § | Case No: 2:16-cv-01265-RWS |
| STARZ ENTERTAINMENT LLC | § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered Plaintiff Rothschild Broadcast Distribution Systems, LLC's Unopposed Motion to Amend Order Dismissing Case to a Dismissal with Prejudice. Having considered the circumstances surrounding this matter, as well as the fact that the matter stands fully resolved, the Court finds that the motion should be granted.

Therefore, IT IS ORDERED that all claims between Rothschild Broadcast Distribution Systems, LLC and Starz Entertainment LLC are dismissed with prejudice, each party to bear its own fees and costs.

SO ORDERED

**SIGNED this 14th day of February, 2017.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE